UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDA DUARTE, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Civil Action No. 18-CV-01227 |
| v. | ) |
| | ) Hon. Judge Jorge L. Alonso |
| | ) |
| CLIENT SERVICES, INC., | ) Magistrate Judge M. David Weisman |
| | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF MOTION

On April 4, 2018 at 9:30 am in Room 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, or as soon thereafter I shall appear before the Honorable Judge Jorge L. Alonso and then and there present PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES

Respectfully Submitted,

/s/*Celetha Chatman*
Celetha Chatman

Celetha Chatman
Community Lawyers Group, Ltd.
73 W. Monroe, Suite 514
Chicago, IL 60603
Ph: 312.757.1880
fax: 312.265.3227
cchatman@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

    I, Celetha Chatman, an attorney, hereby certify that on April 2, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: April 2, 2018**                                                                        Respectfully submitted,

                                                                                                                           By:    /s/ *Celetha Chatman*