**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRENDA DUARTE, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. 18-CV-01227 |
| v. | ) | |
| | ) | Hon. Judge Jorge L. Alonso |
| | ) | |
| CLIENT SERVICES, INC., | ) | Magistrate Judge M. David Weisman |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

**<u>Initial Status Report</u>**

I.   The Nature of the Case

    A.  Attorneys of Record

        **<u>Plaintiffs</u>**
        Celetha Chatman
        Michael Wood
        *Community Lawyers Group Ltd.*
        73 W. Monroe Street, Suite 514
        Chicago, IL 60603
        Ph: (312)757-1880
        Fx: (312)476-1362
        cchatman@communitylawyersgroup.com
        mwood@communitylawyersgroup.com

        **<u>Defendants</u>**
        Eugene Xerxes Martin, IV
        *Malone Akerly Martin, PLLC*
        8750 North Central Expressway
        Dallas, TX 75231
        Email: xmartin@mamlaw.co
        Ph: (214) 346-2630
        Fx: (214) 346-2631

        Patrick Watts
        *Watts Law Group, LLC*
        212 S. Berniston Avenue, Suite 200

St. Louis, Missouri 63105
pwatts@swattslaw.com
Ph: (314) 669-5490

B. Jurisdiction

    1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

    2. Venue is proper in this District because parts of the acts and transactions occurred here and Defendants transact substantial business here

    3. Plaintiff, Brenda Duarte is a citizen and resident of Illinois. She resides in the Northern District of Illinois.

C. Claims Asserted In Complaint

    1. CSI failed to effectively state the amount of the debt in its initial communication to Plaintiff, in violation of 15 U.S.C. § 1692g(a)(1), when it included "other charges" which would never accrue.

    2. CSI falsely threatened to collect "Other Charges", in violation of 15 U.S.C. § 1692e.

    3. CSI made a false statement and threatened an action that it did not intend to take, in violation of 15 U.S.C. §§ 1692e(5) and § 1692e(10), when it presented a false date of expiration on an offer of settlement.

D. Plaintiff is seeking Under The FDCPA:

    1. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

    2. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

    3. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3); and

4.  Such other or further relief as the Court deems proper.

II.    Pending Motion & Case Plan

A.  Plaintiff currently has a motion to strike defendant's affirmative defenses.

III.    Proposal For Discovery

1.  The Discovery needed will be Requests for Productions, Requests for Admissions, Interrogatories and possibly depositions;

2.  Plaintiff will not need a protective order

3.  MIDP Responses will be due on April 9, 2018;

4.  Fact Discovery will close on August 9, 2018;

5.  Parties do not anticipate the need for expert discovery;

IV.    Consent To Proceed Before A Magistrate Judge

A.  The parties do not unanimously consent to proceed before a Magistrate Judge on all matters at this time.

V.    Status of Settlement Discussions

A.  Plaintiff has made a demand.

B.   Defendant has tendered an offer of judgment to Plaintiff.

Dated: April 6, 2018

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| s/*Celetha Chatman* | *Eugene Xerxes Martin, IV* |
| Celetha Chatman | Eugene Xerxes Martin, IV |
| Michael Wood | *Malone Akerly Martin, PLLC* |
| Community Lawyers Group Ltd. | 8750 North Central Expressway |
| 73 W. Monroe Street, Suite 502 | Dallas, TX 75231 |
| Chicago, IL 60603 | Email: xmartin@mamlaw.com |
| Ph: (312)757-1880 | Ph: (214) 346-2630 |
| Fx: (312)476-1362 | Fx: (214) 346-2631 |
| cchatman@communitylawyersgroup.com | |

mwood@communitylawyersgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on April 6, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: April 6, 2018**                                              Respectfully submitted,

                                                                        By: /s/ *Celetha Chatman*