# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Brenda Duarte

                          Plaintiff,

v.                                              Case No.: 1:18–cv–01227

                                                         Honorable Jorge L. Alonso

Client Services, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 8, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Defendant's motion for judgment on the pleadings [25] is taken under advisement. Plaintiff's response shall be filed by 6/7/18. Defendant's reply in support shall be filed by 6/21/18. The court will rule electronically. Status hearing remains set for 8/14/18 at 9:30 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.